IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

# MAGISTRATE MINUTES

**FILED**
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. MJ-05-00046-001 & 002**             **DATE: September 12, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder: Jamie M. Phelps                                    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 2:43:46 - 2:48:41                 CSO: B. Benavente / J. Lizama

**************************APPEARANCES**************************

**DEFT: JOSEPH ANTHONY MESA**                  **ATTY: KIM SAVO**
(X) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.      (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**DEFT: JEFFREY ANTHONY ESPINOSA**             **ATTY: JOAQUIN C. ARRIOLA, JR.**
(X) PRESENT ( ) CUSTODY ( ) BOND ( ) P.R.      (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                   AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: JOHN SAN NICOLAS               U.S. MARSHAL: WALTER GRAY

**PROCEEDINGS:   INITIAL APPEARANCE**

( ) COMPLAINT READ TO DEFENDANT
(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:

   DEFENDANT JOSEPH ANTHONY MESA: *FEDERAL PUBLIC DEFENDER* - APPOINTED
   DEFENDANT JEFFREY ANTHONY ESPINOSA: *JOAQUIN C. ARRIOLA, JR.* - APPOINTED

( ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVED READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) DEFENDANT ENTERED PLEA OF: ( ) *GUILTY* ( ) *NOT GUILTY* TO: _____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

(X) PRELIMINARY EXAMINATION SET FOR: September 22, 2005 at 10:00 a.m.
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING (X) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**
Based on the Pretrial Services Report, the recommendation was for both defendant's to be detained. All parties had no objections to the recommendation.

Courtroom Deputy: ____