ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

SEP 21 2005

**MARY L.M. MORAN
CLERK OF COURT**

7

8          IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF GUAM

           **05-00066**

10  UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. _____
                                       )
11              Plaintiff,             )   **INDICTMENT**
                                       )
12                                     )   **ATTEMPT TO MANUFACTURE**
                                       )   **METHAMPHETAMINE**
13                                     )   **HYDROCHLORIDE**
         vs.                           )   [21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) &
14                                     )   846; and 18 U.S.C. § 2]
                                       )   (Count 1)
15                                     )
    JOSEPH ANTHONY MESA,               )   **POSSESSION WITH INTENT**
16  JEFFREY ANTHONY ESPINOSA,          )   **TO DISTRIBUTE**
    GINGER PEREZ HAMAMOTO, and         )   **METHAMPHETAMINE**
17  SHARDAE ROXANNE U. LOVE,           )   **HYDROCHLORIDE**
                                       )   [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C);
18              Defendants.            )   and 18 U.S.C. § 2]
    _____)   (Count 2)
19

20  THE GRAND JURY CHARGES:

21      <u>**COUNT I - ATTEMPT TO MANUFACTURE**</u>
        <u>**METHAMPHETAMINE HYDROCHLORIDE**</u>
22

23      Between and on or about September 6, 2005, and continuing to on or about September 8,

24  2005, in the District of Guam, the defendants herein, JOSEPH ANTHONY MESA, JEFFREY

25  ANTHONY ESPINOSA, GINGER PEREZ HAMAMOTO, and SHARDAE ROXANNE U.

26  LOVE, knowingly and intentionally attempted to manufacture methamphetamine hydrochloride,

27  //

28  //

1 a schedule II controlled substance, in violation of Title 21, United States Code, Sections

2 841(a)(1), 841(b)(1)(C) and 846; and Title 18, United States Code, Section 2.

3

### COUNT II - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about September 8, 2005, in the District of Guam, the defendants herein, JOSEPH ANTHONY MESA, JEFFREY ANTHONY ESPINOSA, GINGER PEREZ HAMAMOTO, and SHARDAE ROXANNE U. LOVE, knowingly and intentionally possessed with intent to distribute less than five (5) grams, gross weight, of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C); and Title 18, United States Code, Section 2.

Dated this 21st day of September, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2