# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**JOSEPH ANTHONY MESA**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-05-00066-001 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before:    **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Room<br>      413 |
|---|---|
| | Date and Time<br>**Friday, September 23, 2005 at 9:30 a.m.** |

To answer a(n)
X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**FILED**
**DISTRICT COURT OF GUAM**
**SEP 22 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

21:841(a)(1), 841(b)(1)(C) & 846; 18:2 - ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYROCHLORIDE (COUNT 1)

21:841(a)(1) & 841(b)(1)(C) & 18:2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

| **MARILYN B. ALCON, Deputy Clerk** | *Marilyn B. Alcon* |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |

**September 21, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 9/22/05 |

| Check one box below to indicate appropriate method of service |
|---|
| ☒ Served personally upon the defendant at: DOC |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: |
| ☐ Returned unexecuted: |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   9/22/05
             Date

J. Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.