IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



| | |
|---|---|
| **CASE NO. CR-05-00066** | **DATE: 09/23/2005** |

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding     Law Clerk: NONE PRESENT
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 9:49:24 - 9:56:11**     CSO: B. Benavente / J. Lizama

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***A P P E A R A N C E S**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT: JOSEPH ANTHONY MESA**     **ATTY: JOHN GORMAN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**DEFT: JEFFREY ANTHONY ESPINOSA**     **ATTY: JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: SHARDAE ROXANNE U. LOVE**     **ATTY: RAWLEN MANTANONA**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**     **AGENT: DANNY CHO, D.E.A.**

**U.S. PROBATION: JUDY OCAMPO**     **U.S. MARSHAL: WALTER GRAY**

***

## PROCEEDINGS: ARRAIGNMENT

( X ) DEFENDANTS SWORN AND EXAMINED: HIGH SCHOOL COMPLETED
    JOSEPH ANTHONY MESA     HIGH SCHOOL GRADUATE
    JEFFREY ANTHONY ESPINOSA     7TH GRADE
    SHARDAE ROXANNE U. LOVE     HIGH SCHOOL GRADUATE

( X ) DEFENDANTS ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES
    DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEAS ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: THE CHARGES CONTAINED IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: NOVEMBER 8, 2005 AT 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANTS *JOSEPH ANTHONY MESA AND JEFFREY ANTHONY ESPINOSA* DETAINED AS PREVIOUSLY ORDERED
    BY THIS COURT IN MAGISTRATE CASE NO. MG-05-00046
( X ) DEFENDANT *SHARDAE ROXANNE U. LOVE* RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT IN
    MAGISTRATE CASE NO. MG-05-00046

## NOTES:

**Mr. Gorman requested that his client be permitted to contact co-defendant Ginger Hamamoto because he has a child with her. Government had no objection. GRANTED.**