# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, | |
| Plaintiff, | Case No. 1:05-cr-00066 |
| vs. | |
| Joseph Anthony Mesa, et al., | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the ***Trial Order filed September 23, 2005 and Order Setting Conditions of Release filed September 26, 2005*** on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *Joaquin C. Arriola, Jr.* | *G. Patrick Civille* |
|---|---|---|---|
| *September 28, 2005 (Trial Order)* | *September 28, 2005 (Trial Order)* | *September 28, 2005 (Trial Order)* | *September 28, 2005 (Trial Order)* |
| *September 26, 2005 (Release Order)* | | | *September 28, 2005 (Release Order)* |

| *Rawlen M.T. Mantanona* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|
| *September 28, 2005 (Trial Order)* | *September 29, 2005 (Release Order)* | *September 27, 2005 (Release Order)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Trial Order filed September 23, 2005 and Order Setting Conditions of Release filed September 26, 2005***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 29, 2005                    /s/ Marilyn B. Alcon
                                                Deputy Clerk