JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH ANTHONY MESA

**FILED**
DISTRICT COURT OF GUAM
OCT 18 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 05-00046 |
| Plaintiff, | ) STIPULATION EXTENDING THE TIME |
| | ) FOR THE FILING OF PRETRIAL |
| vs. | ) MOTIONS |
| JOSEPH ANTHONY MESA, | ) |
| Defendant. | ) |

## STIPULATION EXTENDING THE TIME FOR THE FILING OF PRETRIAL MOTIONS

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the time for the filing of defendant's pretrial motions is EXTENDED five days. Defendant's motions were due on October 18, 2005. Defendant's new proposed motions due date is October 24, 2005. Trial is scheduled for November 8, 2005.

The parties request this continuance so to allow defense counsel further time to review the discovery and police reports and investigate and research the viability of possible pretrial

motions. The proposed continuance is in Mr. Mesa's best interests, furthers judicial economy and efficiency and is in society's best interests. Thus, the ends of justice are best served by this proposed extension of motions filing deadline.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, October 18, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
JOSEPH ANTHONY MESA

_____
MARIVIC P. DAVID
Attorney for Plaintiff
UNITED STATES OF AMERICA

2