JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH ANTHONY MESA



**FILED**
DISTRICT COURT OF GUAM
OCT 19 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00066 |
| Plaintiff, | ) |
| vs. | ) |
| JOSEPH ANTHONY MESA, | ) **ORDER** re STIPULATION EXTENDING THE TIME FOR THE FILING OF PRETRIAL MOTIONS |
| Defendant. | ) |

The Stipulation filed on October 18, 2005 regarding the extension of time for filing of defendant's pretrial motions is HEREBY APPROVED. Defendant's pretrial motions are now due on October 24, 2005.

DATED: Hagatna, Guam, October 19, 2005.

The Honorable JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District of Guam

**ORIGINAL**