CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Ginger Perez Hamamoto*

FILED
DISTRICT COURT OF GUAM

OCT 24 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. NO. CR-05-00066-003 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO SUPPRESS;** |
| ) | **MEMORANDUM OF LAW** |
| GINGER PEREZ HAMAMOTO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO SUPPRESS

Defendant Ginger Hamamoto, through counsel, hereby joins in the Motion to Suppress filed by co-defendant Joseph Anthony Mesa. Defendant Hamamoto moves the Court to suppress the physical evidence seized at the Guam Reef Hotel. The basis for this motion is that the search warrant lacked probable cause, the service of the warrant was invalid, and impermissible means were used to execute the warrant.

This motion is based upon the Fourth Amendment to the United States Constitution, the following Memorandum of Law, declaration of counsel, and upon evidence which may be adduced at the evidentiary hearing to be held in this matter.

## MEMORANDUM OF LAW

Defendant Hamamoto adopts and incorporates by reference the Memorandum of Law submitted by co-defendant Joseph Anthony Mesa. The facts and the law as set forth in Mr. Mesa's memorandum apply with equal force to Defendant Hamamoto.

Respectfully submitted this 24th day of October, 2005.

                              **CIVILLE & TANG, PLLC**

                              By: _____
                                 **G. PATRICK CIVILLE**
                                 *Attorneys for* Defendant
                                 *Ginger Perez Hamamoto*