CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Ginger Perez Hamamoto*



FILED
DISTRICT COURT OF GUAM
OCT 2 4 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. NO. CR-05-00066-003 |
| ) | |
| Plaintiff, ) | |
| ) | **DECLARATION OF G. PATRICK** |
| vs. ) | **CIVILLE IN SUPPORT OF** |
| ) | **MOTION TO SUPPRESS** |
| GINGER PEREZ HAMAMOTO, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

I, G. PATRICK CIVILLE, hereby declare and state the following:

1. I am counsel for Defendant Ginger Perez Hamamoto, having been appointed pursuant to the Criminal Justice Act.

2. I have discussed the factual and legal issues common to Ms. Hamamoto and her co-defendant Joseph Anthony Mesa with Mr. Mesa's lawyer, John T. Gorman, Federal Defender for Guam.

///

///

///

ORIGINAL

Case 1:05-cr-00066   Document 66   Filed 10/24/2005   Page 1 of 2

3. It is my opinion that the facts and legal issues relating to Ms. Hamamoto's Fourth Amendment claims are identical to those raised by Mr. Mesa in his Motion to Suppress.

I hereby declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing declaration is true and correct.

Executed at Hagåtña, Guam, this 24th day of October, 2005.

_____
G. PATRICK CIVILLE