JOHN T. GORMAN  
Federal Public Defender  
400 Route 8, Suite 501  
Mongmong, Guam 96910  
Telephone: (671) 472-7111  
Facsimile: (671) 472-7120  



FILED
DISTRICT COURT OF GUAM

OCT 2 4 2005

MARY L.M. MORAN
CLERK OF COURT

Attorney for Defendant  
JOSEPH ANTHONY MESA  

IN THE UNITED STATES DISTRICT COURT  
FOR THE TERRITORY OF GUAM  

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00066 |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | RE MOTION TO SUPPRESS |
| vs. ) | PHYSICAL EVIDENCE |
| ) | |
| JOSEPH ANTHONY MESA, ) | |
| ) | |
| Defendant. ) | |

I, JOHN T. GORMAN, hereby declare as follows:

1. That I am counsel for defendant, JOSEPH ANTHONY MESA, having been appointed pursuant to the Criminal Justice Act.

2. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Mongmong, Guam, October 24, 2005.

JOHN T. GORMAN  
Attorney for Defendant  
JOSEPH ANTHONY MESA  

ORIGINAL