JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH ANTHONY MESA

FILED
DISTRICT COURT OF GUAM
OCT 24 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00066 |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| ) | |
| vs. ) | |
| ) | |
| JOSEPH ANTHONY MESA, ) | |
| ) | |
| Defendant. ) | |

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the notice of motion, motion to suppress physical evidence and declaration of counsel was duly hand-delivered to the following on October 24, 2005:

MARIVIC P. DAVID
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

PATRICK CIVILLE
Civille & Tang
330 Hernan Cortes Avenue Ste. 200
Hagatna, Guam 96910
Attorney for Ginger Perez Hamamoto

//

//

JOAQUIN C. ARRIOLA, JR.  RAWLEN MANTANONA
Arriola, Cowan & Arriola  Cabot & Mantanona
259 Martyr Street, Suite 201  Bank Pacific Building
C&A Professional Building  825 S. Marine Drive
Hagatna, Guam 96910  Tamuning, Guam 96913
Attorney for Jeffrey Anthony Espinosa  Attorney for Shardae Roxanne U. Love

DATED: Mongmong, Guam, October 24, 2005.

_____
ALEXANDER A. MODABER
Investigator