# DISTRICT COURT OF GUAM

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph Anthony Mesa, et al.,<br><br>    Defendant. | Case No. 1:05-cr-00066<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Scheduling Motion to Suppress and Rescheduling Trial Date filed October 24, 2005*, on the dates indicated below:

*U.S. Attorney's Office*  *Federal Public Defender*  *Joaquin C. Arriola, Jr.*  *G. Patrick Civille*
*October 25, 2005*  *October 26, 2005*  *October 26, 2005*  *October 28, 2005*

*Rawlen Mantanona*
*October 28, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Scheduling Motion to Suppress and Rescheduling Trial Date filed October 24, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 4, 2005            /s/ Leilani R. Toves Hernandez
                           Deputy Clerk