FILED
DISTRICT COURT OF GUAM
NOV 16 2005
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ANTHONY MESA,<br>JEFFREY ANTHONY ESPINOSA<br>GINGER PEREZ HAMAMOTO and<br>SHARDAE ROXANNE U. LOVE,<br><br>Defendants. | Criminal Case No. 05-00066<br><br>**ORDER**<br><br>Referring Motions to Suppress to<br>Magistrate Judge for Report and<br>Recommendation |

On October 18, 2005, Defendant Love, filed a Motion to Suppress all of Defendant Love's statements and physical evidence obtained on September 8, 2005. *See* Docket No. 46. On October 24, 2005, Defendant Mesa also filed a Motion to Suppress Physical Evidence obtained on September 8, 2005. *See* Docket No. 61. On that same date Defendants Espinosa and Hamamoto filed motions respectively joining in Defendants Love and Mesa's Motions to Suppress. *See* Docket Nos. 64 and 65. Pursuant to 28 U.S.C. § 636(b)(1)(B), these motions are hereby referred to Magistrate Judge Manibusan to determine and make recommendation to the Court as to the appropriate disposition. The December 5, 2005 hearing on the motions and the December 6, 2005 trial date are hereby vacated. The briefing schedule as previously ordered remains in effect. Magistrate Judge Manibusan shall issue an order re-scheduling the evidentiary hearing on the motion at his convenience.

**SO ORDERED** this ____ day of November, 2005.

ROBERT CLIVE JONES*
United States District Judge

---

* The Honorable Robert Clive Jones, United States District Judge for Nevada, by designation.