# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Joseph Anthony Mesa, et al.,<br><br>        Defendant. | Case No. 1:05-cr-00066<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Referring Motions to Suppress to Magistrate Judge for Report and Recommendation filed November 16, 2005*, on the dates indicated below:

| | | |
|---|---|---|
| *U.S. Attorney's Office* | *Federal Public Defender* | *G. Patrick Civille* |
| *November 18, 2005* | *November 17, 2005* | *November 17, 2005* |
| | | |
| *Joaquin C. Arriola, Jr.* | *Rawlen Mantanona* | |
| *November 17, 2005* | *November 17, 2005* | |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Referring Motions to Suppress to Magistrate Judge for Report and Recommendation filed November 16, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 22, 2005 /s/ Marilyn B. Alcon
                                                    Deputy Clerk