JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH ANTHONY MESA

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00066 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO EXTEND FILING |
| | ) | TIME FOR DEFENDANT'S RESPONSE |
| vs. | ) | TO GOVERNMENT'S OPPOSITION TO |
| | ) | MOTION TO SUPPRESS |
| JOSEPH ANTHONY MESA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the time for filing of Defendant, JOSEPH ANTHONY MESA'S, response to the government's opposition to Defendant's Motion to Suppress be extended from November 21, 2005, to November 25, 2005.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, November 21, 2005.

_____  _____
MARIVIC P. DAVID                JOHN T. GORMAN
Attorney for Plaintiff          Attorney for Defendant
UNITED STATES OF AMERICA        JOSEPH ANTHONY MESA

# CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on November 21, 2005:

MARIVIC P. DAVID
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

PATRICK CIVILLE
Civille & Tang
330 Hernan Cortes Avenue Ste. 200
Hagatna, Guam 96910
Attorney for Ginger Perez Hamamoto

JOAQUIN C. ARRIOLA, JR.
Arriola, Cowan & Arriola
259 Martyr Street, Suite 201
C&A Professional Building
Hagatna, Guam 96910
Attorney for Jeffrey Anthony Espinosa

RAWLEN MANTANONA
Cabot & Mantanona
Bank Pacific Building
825 S. Marine Drive
Tamuning, Guam 96913
Attorney for Shardae Roxanne U. Love

DATED: Mongmong, Guam, November 21, 2005.

_____
RENATE A. DOEHL
Operations Administrator