JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH ANTHONY MESA



FILED
DISTRICT COURT OF GUAM

NOV 22 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00066 |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER** re |
| vs. | ) STIPULATION EXTENDING THE TIME |
| | ) FOR THE FILING OF DEFENDANT'S |
| JOSEPH ANTHONY MESA, | ) REPLY TO GOVERNMENT'S |
| | ) OPPOSITION TO DEFENDANT'S |
| Defendant. | ) MOTION TO SUPPRESS |
| | ) |

The Stipulation filed on November 21, 2005 regarding the extension of time for filing of Defendant's reply to government's opposition to Defendant's Motion to Suppress is HEREBY APPROVED and So ORDERED. Defendant's reply is now due no later 3:00 p.m. on November 25, 2005.

DATED: Hagatna, Guam, November 22nd, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**