| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | MARIVIC P. DAVID<br>Assistant U.S. Attorney |
| 3 | Sirena Plaza Suite 500<br>108 Hernan Cortez Avenue |
| 4 | Hagatna, Guam 96910<br>Telephone: (671) 472-7332 |
| 5 | Telecopier: (671) 472-7334 |
| 6 | Attorneys for the United States of America |

**FILED**
DISTRICT COURT OF GUAM
NOV 23 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00066 |
|---|---|---|
| Plaintiff, | ) | **SUPERSEDING INDICTMENT** |
| | ) | |
| | ) | **ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) & 846; and 18 U.S.C. § 2]<br>(Count 1) |
| vs. | ) | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C); and 18 U.S.C. § 2]<br>(Count 2) |
| | ) | **CONSPIRACY TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) & 846; and 18 U.S.C. § 2]<br>(Count 3) |
| JOSEPH ANTHONY MESA,<br>JEFFREY ANTHONY ESPINOSA,<br>GINGER PEREZ HAMAMOTO, and<br>SHARDAE ROXANNE U. LOVE, | ) | **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii) & 846; and 18 U.S.C. § 2]<br>(Count 4) |
| Defendants. | ) | |

THE GRAND JURY CHARGES:

### COUNT I - ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE

Between and on or about September 5, 2005, and continuing to on or about September 8, 2005, in the District of Guam, the defendants herein, JOSEPH ANTHONY MESA, JEFFREY ANTHONY ESPINOSA, GINGER PEREZ HAMAMOTO, and SHARDAE ROXANNE U. LOVE, knowingly and intentionally attempted to manufacture methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846; and Title 18, United States Code, Section 2.

### COUNT II - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

On or about September 8, 2005, in the District of Guam, the defendants herein, JOSEPH ANTHONY MESA, JEFFREY ANTHONY ESPINOSA, GINGER PEREZ HAMAMOTO, and SHARDAE ROXANNE U. LOVE, knowingly and intentionally possessed with intent to distribute less than five (5) grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C); and Title 18, United States Code, Section 2.

### COUNT III- CONSPIRACY TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE

Between and on or about July 2005, the exact date unknown, and on or about September 8, 2005, in the District of Guam, the defendants herein, JOSEPH ANTHONY MESA, JEFFREY ANTHONY ESPINOSA, GINGER PEREZ HAMAMOTO, and SHARDAE ROXANNE U. LOVE, did knowingly and intentionally combine, conspire, confederate and agree together with each other, and other co-conspirators, known and unknown, to manufacture over five (5) grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and 846; and Title 18, United States Code, Section 2.

## COUNT IV- CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

Between and on or about July 2005, the exact date unknown, and on or about September 8, 2005, in the District of Guam, the defendants herein, JOSEPH ANTHONY MESA, JEFFREY ANTHONY ESPINOSA, GINGER PEREZ HAMAMOTO, and SHARDAE ROXANNE U. LOVE, did knowingly and intentionally combine, conspire, confederate and agree together with each other, and other co-conspirators, known and unknown, to distribute over five (5) grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii) and 846; and Title 18, United States Code, Section 2.

Dated this 23rd day of November 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

3