FILED
DISTRICT COURT OF GUAM
NOV 23 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOSEPH ANTHONY MESA,<br>JEFFREY ANTHONY ESPINOSA,<br>GINGER PEREZ HAMAMOTO, and<br>SHARDAE ROXANNE U. LOVE,<br><br>    Defendants. | CRIMINAL CASE NO. 05-00066<br><br>**ORDER**<br>**Setting Hearing on Suppression Motions** |

Following the referral of the pending suppression motions in this action, the Court hereby schedules a hearing on the matter for Monday, December 5, 2005 at 1:30 p.m.

SO ORDERED this 23rd day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**