# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | **SUMMONS IN A CRIMINAL CASE** |
| **JOSEPH ANTHONY MESA** | Case Number: CR-05-00066-001 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time<br>**Monday, November 28, 2005 at 9:00 a.m.** |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | |

To answer a(n)
- X Superseding Indictment
- ☐ Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:841(a)(1), 841(b)(1)(C), & 846; & 18:2 - ATTEMPT TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1) & 841(b)(1)(C), & 18:2 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

21:841(a)(1), 841(b)(1)(B)(viii) & 846; & 18:2 - CONSPIRACY TO MANUFACTURE METHAMPHETAMINE HYDROCHLORIDE (COUNT 3)

21:841(a)(1), 841(b)(1)(B)(viii) & 846; & 18:2 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 4)

FILED
DISTRICT COURT OF GUAM
NOV 25 2005
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

| | |
|---|---|
| **MARILYN B. ALCON, Deputy Clerk**<br>Name and Title of Issuing Officer | *Marilyn B. Alcon*<br>Signature of Issuing Officer |
| **November 23, 2005**<br>Date | |

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1] Date 11/25/2005 |
| Check one box below to indicate appropriate method of service |
| ☑ Served personally upon the defendant at: *Doc* |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: |
| ☐ Returned unexecuted: |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct. Returned on 11/25/2005  J. Sailor  Name of United States Marshal   (by) Deputy United States Marshal Remarks: |

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.