IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



FILED
DISTRICT COURT OF GUAM
NOV 28 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00066**       **DATE: November 28, 2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith Hattori
Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez
**Hearing Electronically Recorded: 9:01:16 - 9:05:34**
CSO: D. Quinata / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: JOSEPH ANTHONY MESA**            **ATTY: JOHN GORMAN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**DEFT: JEFFREY ANTHONY ESPINOSA**        **ATTY: JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**DEFT: SHARDAE ROXANNE U. LOVE**         **ATTY: RAWLEN MANTANONA**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID              AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: MARIA CRUZ                U.S. MARSHAL: V. ROMAN / S. LUJAN

**PROCEEDINGS:       ARRAIGNMENT**

( X ) ALL DEFENDANTS WERE SWORN

( X ) DEFENDANTS ARRAIGNED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES
    DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( X ) SUPERSEDING INDICTMENT
( X ) PLEAS ENTERED: ( ) *GUILTY*  ( X ) *NOT GUILTY* - TO: ALL CHARGES IN THE SUPERSEDING INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED*  ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____  ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANTS *JOSEPH ANTHONY MESA AND JEFFREY ANTHONY ESPINOSA* DETAINED AS PREVIOUSLY ORDERED

( X ) DEFENDANT *SHARDAE ROXANNE U. LOVE* RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**
**The Court stated that a trial date has not been set and the previous trial date was vacated due to the Motion to Suppress which is set for hearing on December 5, 2005.**

Courtroom Deputy: