# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Joseph Anthony Mesa, et al., <br><br> Defendants. | Case No. 1:05-cr-00066 <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Hearing filed November 23, 2005*, on the dates indicated below:

*U.S. Attorney's Office*  *Federal Public Defender*  *Joaquin C. Arriola, Jr.*  *Rawlen Mantanona*
*November 25, 2005*  *November 25, 2005*  *November 29, 2005*  *November 28, 2005*

*G. Patrick Civille*
*November 28, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Hearing filed November 23, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 30, 2005                         /s/ Virginia T. Kilgore
                                                                    Deputy Clerk