DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES


FILED
DISTRICT COURT OF GUAM
DEC -5 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00066          DATE: December 5, 2005

***

HON. JOAQUIN V. E. MANIBUSAN, JR, Magistrate Judge, Presiding       Law Clerk: Judith
Official Court Reporter: Wanda Miles                                 Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 1:45:59 -2:27:58; 2:32:52 - 4:06:11  CSO: J. Lizama / B. Pereda
4:20:42 - 4:56:30

*********************** APPEARANCES ***********************

DEFT  JOSPEH ANTHONY MESA
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.

ATTY  JOHN GORMAN
(X) PRESENT  ( ) RETAINED  (X) FPD  ( ) CJA APPOINTED

DEFT  JEFFREY ANTHONY ESPINOSA
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.

ATTY  JOAQUIN C. ARRIOLA, JR.
(X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

DEFT  GINGER PEREZ HAMAMOTO
(X) PRESENT  ( ) CUSTODY  ( ) BOND  ( ) P.R.

ATTY  G. PATRICK CIVILLE
(X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

DEFT  SHARDAE ROXANNE U. LOVE
(X) PRESENT  ( ) CUSTODY  ( ) BOND  (X) P.R.

ATTY  RAWLEN MANTANONA
(X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: CARMEN O'MALLAN             U.S. MARSHAL: V. ROMAN / G. PEREZ

***

## MOTION TO SUPPRESS PHYSICAL EVIDENCE

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
( ) MOTION(s)  ___Granted  ___Denied  ___Withdrawn  ___ Under Advisement
( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( ) ORDER to prepared By: _____
(X) PROCEEDINGS CONTINUED TO:  Tuesday, December 6, 2005  at 1:30 p.m.

(X) WITNESSES SWORN AND EXAMINED          ( ) EXHIBITS MARKED AND ADMITTED
       SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(X) OTHER MATTER(s):

Defendant Espinosa joined in the Motions filed by defendant's Mesa and Love. Defendant Love also joined in the Motion filed by defendant Mesa.

Parties argued their position on the Standing Issue raised by the Government. The Court took the matter Under Advisement as it relates to the Standing Issue on the Motion to Suppress filed by defendant Mesa, and joined by co-defendants.

Courtroom Deputy: ____

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Shardae Roxanne U. Love | Case Number: CR-05-00066 |

| PRESIDING JUDGE<br>**JOAQUIN V.E. MANIBUSAN, JR.** | PLAINTIFF'S ATTORNEY<br>**MARIVIC DAVID** | DEFENDANT'S ATTORNEY<br>**RAWLEN MANTANONA** |
|---|---|---|
| HEARING DATE (S)<br>December 5, 2005 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Danny Cho, called and sworn** |
| | | | | | | DX by Ms. David |
| | 1 | | 12/5/05 | 12/5/05 | | Booking photo of Shardae Love, provided by the Guam Police Department Violent Street Crimes Task Force |
| | | | | | | 2:56:05 End DX |
| | | | | | | CX by Mr. Mantanona |
| | | | | | | 3:56:05 End CX |
| | | | | | | Re-DX by Ms David |
| | | | | | | 4:05:47 End Re-DX |
| | | | | | | 4:06:11 - 4:20:42 BREAK |
| | | | | | | Re-CX by Mr. Mantanona |
| | | A | 12/5/05 | 12/5/05 | | Report of Investigation, dated 09/09/05 |
| | | | | | | 4:42:40 End Re-CX |
| | | | | | | Court examined witness |
| | | | | | | 4:56:30 End of Hearing |