JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH ANTHONY MESA

FILED
DISTRICT COURT OF GUAM
DEC - 6 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00066 |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO FILE |
| | ) | SUPPLEMENTAL AFFIDAVIT IN |
| vs. | ) | SUPPORT OF MOTION TO SUPPRESS; |
| | ) | DEFENDANT'S SUPPLEMENTAL |
| JOSEPH ANTHONY MESA, | ) | AFFIDAVIT IN SUPPORT OF MOTION |
| | ) | TO SUPPRESS |
| Defendant. | ) | |
| | ) | |

Defendant, JOSEPH ANTHONY MESA, by and through counsel, John T. Gorman, Federal Public Defender, files this Motion to file Supplemental Affidavit in Support of Motion to Suppress. Defendant filed his Motion to Suppress Physical Evidence on October 24, 2005. The government filed its Opposition to Defendant's Motion to Suppress on November 7, 2005. Defendant Mesa filed his Reply to the Government's Opposition to Defendant's Motion to Suppress on November 25, 2005. The initial hearing on the Motion to Suppress was held on December 5, 2005, before the Honorable Joaquin V.E. Manibusan, Jr., United States Magistrate Judge. Magistrate Judge Manibusan heard argument on the issue of "Standing" on that date and continued the hearing pending his ruling. It is undisputed that the search warrant affidavit attached in the

**ORIGINAL**

Government's Opposition averred that the defendant had been staying at the Guam Reef Hotel, Tumon, Guam, for 3 days in September, 2005. The defendant argued that this undisputed evidence, put forth in the government's court filings, established defendant's standing in this matter. In addition, the defendant respectfully submits the following Supplemental Affidavit.

DATED: Mongmong, Guam, December 6, 2005.

JOHN T. GORMAN
Attorney for Defendant
JOSEPH ANTHONY MESA

## DEFENDANT'S SUPPLEMENTAL AFFIDAVIT
## IN SUPPORT OF MOTION TO SUPPRESS

I, JOSEPH ANTHONY MESA, hereby declare as follows:

1. That I am the defendant in the above-captioned case.

2. That I was staying in and residing at the Guam Reef Hotel, Tumon, Guam, from September 6, 2005 to September 8, 2005.

3. That I was a resident of and staying in Room 755, Guam Reef Hotel on September 8, 2005, when the search warrant in this case was served. In addition, I had clothes and other personal effects in that room at that time.

//
//
//

2

4. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Mongmong, Guam, December 6, 2005.

_____
JOSEPH ANTHONY MESA

3

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on December 6, 2005:

MARIVIC P. DAVID
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

PATRICK CIVILLE
Civille & Tang
330 Hernan Cortes Avenue Ste. 200
Hagatna, Guam 96910
Attorney for Ginger Perez Hamamoto

JOAQUIN C. ARRIOLA, JR.
Arriola, Cowan & Arriola
259 Martyr Street, Suite 201
C&A Professional Building
Hagatna, Guam 96910
Attorney for Jeffrey Anthony Espinosa

RAWLEN MANTANONA
Cabot & Mantanona
Bank Pacific Building
825 S. Marine Drive
Tamuning, Guam 96913
Attorney for Shardae Roxanne U. Love

DATED: Mongmong, Guam, December 6, 2005.

_____
RENATE DOEHL
Operations Administrator

JOHN T. GORMAN
Attorney for Defendant
JOSEPH ANTHONY MESA