| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| | **TRANSCRIPT ORDER** | |
| Read Instructions on Back. | | |

| 1. NAME JOHN T. GORMAN | 2. PHONE NUMBER (671) 472-7111 | 3. DATE 12/7/05 | |
|---|---|---|---|
| 4. MAILING ADDRESS 400 ROUTE 8, SUITE 501, FHB BUILDING | 5. CITY MONGMONG | 6. STATE GU | 7. ZIP CODE 96932 |
| 8. CASE NUMBER CR 05-00066 | 9. JUDICIAL OFFICIAL MANIBUSAN | DATES OF PROCEEDINGS 10. FROM 12/5/05  11. TO 12/06/05 | |
| 12. CASE NAME U.S.A. VS. JOSEPH ANTHONY MESA AND SHARDAE R.U. LOVE | | LOCATION OF PROCEEDINGS 13. CITY HAGATNA  14. STATE GUAM | |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☒ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

**MOTION TO SUPPRESS STATEMENTS AND EVIDENCE - ALL WITNESS & ARGUMENT**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**FILED**
DISTRICT COURT OF GUAM
DEC - 8 2005
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| | | | ESTIMATE TOTAL | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]
19. DATE DECEMBER 7, 2005

TRANSCRIPT TO BE PREPARED BY

PROCESSED BY
PHONE NUMBER
COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY