ORIGINAL

FILED
DISTRICT COURT OF GUAM
DEC 12 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00066 |
| Plaintiff, | ) | |
| vs. | ) | GOVERNMENT'S RESPONSE TO DEFENDANT MESA'S SUPPLEMENTAL AFFIDAVIT |
| JOSEPH ANTHONY MESA, | ) | |
| Defendant. | ) | |

Defendant Mesa must establish that he had an expectation of privacy in the hotel room and that his expectation was reasonable. Minnesota v. Carter, 525 U.S. 83, 88 (1998). Reasonableness is evaluated "either by reference to concepts of real or personal property law or to understandings that are recognized and permitted by society." Rakas v. Illinois, 439 U.S. 128, 143 n. 12 1978). In United States v. Davis, 932 F.2d 752, 757 (9th Cir. 1991) the court found significant defendant's continuing obligation to pay rent and held that defendant had standing to

//
//
//
//
//

contest the search of a friend's apartment. In United States v. Armenta, 69 F.3d 304, 308 (9th Cir. 1995), the court noted that a defendant had the status of an overnight guest if he had permission, from an "identifiable host," to "come and go as he pleased."

The hotel room in this case was registered to an individual other than the defendant.

RESPECTFULLY submitted this 9th day of December 2005.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                        Districts of Guam and CNMI

By:    [signature]
        MARIVIC P. DAVID
        Assistant U.S. Attorney

2