FILED
DISTRICT COURT OF GUAM
JAN 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00066 |
| Plaintiff. | ) | |
| vs. | ) | **ORDER** |
| JOSEPH ANTHONY MESA, JEFFREY ANTHONY ESPINOSA, GINGER PEREZ HAMAMOTO, and SHARDAE ROXANNE U. LOVE, | ) | |
| Defendants. | ) | |

Presently before the Court is defendant Mesa's Motion to Suppress, joined by defendants Hamamoto, Espinosa and Love. The matter was referred to the United States Magistrate Judge Joaquin V.E. Manibusan, Jr. The Magistrate Judge reviewed the submissions and held oral argument on December 5, 2005. Thereafter the Magistrate Judge filed his Findings and Recommendations on December 20, 2005.[1] Without ruling on the motion's merits, the Magistrate Judge addressed the issue of whether the parties had standing to challenge the search. The Magistrate Judge found that the respective defendants each had standing to challenge the search, with the exception of defendant Love, who conceded she had no expectation of privacy and no standing.

Under 28 U.S.C. § 636(b)(1)(C), the Court may accept, reject or modify in whole or in part

---

[1] *See* December 20, 2005 Report and Recommendation, Doc. No. 111.

the Magistrate Judge's recommendation, but must make a *de novo* determination as to any portion of the recommendation to which an objection has been filed. There have been no objections filed to date. Having considered the case and relevant law, the Court hereby adopts the Magistrate's Findings and Recommendations in full. Accordingly, the hearing on the substantive motion before the United States Magistrate Judge shall go forward on January 25, 2006 at 9:30 a.m.

Dated this 12 day of January 2006.

DONALD W. MOLLOY[*]
United States District Judge

---

[*] The Honorable Donald W. Molloy, United States Chief District Judge for the District of Montana, sitting by designation.