# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Joseph Anthony Mesa, et al., <br><br> Defendant. | Case No. 1:05-cr-00066 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order Adopting Report and Recommendations filed January 12, 2006***, on the dates indicated below:

*U.S. Attorney's Office*   *Federal Public Defender*   *G. Patrick Civille*   *Joaquin C. Arriola, Jr.*
*January 13, 2006*         *January 13, 2006*          *January 17, 2006*    *January 13, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Adopting Report and Recommendations filed January 12, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 17, 2006                    /s/ Leilani R. Toves Hernandez
                                              Deputy Clerk