# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

        Plaintiff,

vs.

Joseph Anthony Mesa, et al.,

        Defendants.

Case No. 1:05-cr-00066

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Report and Recommendation re Defendant Mesa's Motion to Suppress and Joinders Thereto filed February 13, 2006*** on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *Arriola, Cowan & Arriola* | *Civille & Tang* |
|---|---|---|---|
| *February 13, 2006* | *February 15, 2006* | *February 14, 2006* | *February 15, 2006* |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Report and Recommendation re Defendant Mesa's Motion to Suppress and Joinders Thereto filed February 13, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 15, 2006

        /s/ Virginia T. Kilgore
        Deputy Clerk