

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00066 |
| Plaintiff, | ) | |
| vs. | ) | |
| JOSEPH ANTHONY MESA, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

On March 24, 2006, the above-named defendant filed a Motion for Severance. The Government shall file a response to the motion by April 3, 2006. The Defendant shall file a reply brief by April 6, 2006. Co-defendants wishing to join in defendant Mesa's motion shall file a joinder thereto no later than March 31, 2006, and may file a reply brief to the Government's response no later than April 6, 2006. the motion shall be held on April 12, 2006, at 10:30 a.m.

SO ORDERED this 27th day of March 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL