# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>                    Plaintiff,<br><br>vs.<br><br>Joseph Anthony Mesa,<br><br>                    Defendant. | Case No. 1:05-cr-00066-001<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order Setting Hearing filed March 27, 2006***, on the dates indicated below:

*U.S. Attorney's Office*    *Federal Public Defender*   *Joaquin C. Arriola, Jr.*   *G. Patrick Civille*
*March 27, 2006*              *March 27, 2006*                   *March 27, 2006*                *March 27, 2006*

*Rawlen M.T. Mantanona*
*March 27, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order Setting Hearing filed March 27, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 28, 2006                          /s/ Marilyn B. Alcon
                                                                    Deputy Clerk