
IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00066 |
| Plaintiff, | ) | |
| vs. | ) | |
| JOSEPH ANTHONY MESA, *et al.*, | ) | **ORDER** |
| Defendants. | ) | |

Due to the scheduling needs of the Court, the hearing on the Defendant's Motion for Severance, presently set for April 12, 2006, is hereby moved to Thursday, April 13, 2006, at 1:30 p.m.

SO ORDERED this 5th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

ORIGINAL