# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Joseph Anthony Mesa, <br><br> Defendant. | Case No. 1:05-cr-00066-001 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Setting Hearing filed April 5, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *Federal Public Defender* | *Joaquin C. Arriola, Jr.* | *G. Patrick Civille* |
|---|---|---|---|
| *April 5, 2006* | *April 6, 2006* | *April 5, 2006* | *April 5, 2006* |

*Rawlen Mantanona*
*April 5, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Order Setting Hearing filed April 5, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 6, 2006 /s/ Marilyn B. Alcon
                    Deputy Clerk