JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH ANTHONY MESA



**FILED**
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR 05-00066 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) DEFENDANT'S MOTION FOR |
| vs. | ) SEVERANCE HEARING |
| JOSEPH ANTHONY MESA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Motion for Severance Hearing presently scheduled for Thursday, April 13, 2006, be continued for one day to Friday, April 14, 2006.

The parties request this brief continuance to allow defense counsel additional time to further research the issue.

//

//

**ORIGINAL**

IT IS SO STIPULATED:

DATED: Mongmong, Guam, April 13, 2006

_____
JOHN T. GORMAN
Attorney for Defendant
JOSEPH ANTHONY MESA

_____
MARIVIC P. DAVID
Attorney for Plaintiff
UNITED STATES OF AMERICA

2