JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JOSEPH ANTHONY MESA

FILED
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00066 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | re Stipulation Continuing Hearing Date |
| JOSEPH ANTHONY MESA, | ) | on Defendant's Motion for Severance |
| Defendant. | ) | |

The Stipulation filed on April 13, 2006 requesting a one day continuance in Defendant's Motion for Severance Hearing date is HEREBY APPROVED and So ORDERED. The Motion for Severance Hearing will now be held on Friday, April 14, 2006 at 10:00 a.m.

DATED: Hagatna, Guam, April 13, 2006.

*[signature]*
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**