**FILED**

DISTRICT COURT OF GUAM

APR 20 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00066 |
| Plaintiff, | |
| vs. | |
| JOSEPH ANTHONY MESA, *et al.*, | **ORDER** |
| Defendants. | |

IT IS HEREBY ORDERED that the Preliminary Pretrial Conference scheduled

for April 24, 2006, is hereby vacated.

SO ORDERED this **20th** day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**