IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


**FILED**
DISTRICT COURT OF GUAM
APR 21 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00066**  **DATE: 04/14/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 10:07:07- 10:23:20**    CSO: B. Benavente

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: JOSEPH ANTHONY MESA**    **ATTY : JOHN GORMAN**
( X ) PRESENT   ( X ) CUSTODY   (  ) BOND   (  ) P.R.    ( X ) PRESENT  (  ) RETAINED  ( X ) FPD  (  ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID    AGENT: DANNY CHO, D.E.A.
U.S. PROBATION: GRACE FLORES    U.S. MARSHAL: W. GRAY

**PROCEEDINGS:**    **MOTION FOR SEVERANCE**

( X ) MOTION ARGUED BY    ( X ) GOVERNMENT    ( X ) DEFENDANT
( X ) MOTION(s)   ___Granted   _X_Denied   ___Withdrawn   ___ Under Advisement
(  ) ORDER SUBMITTED    ____Approved    ____Disapproved
(  ) ORDER to prepared By:_____
(  ) PROCEEDINGS CONTINUED TO: _____ at_____

**NOTES:**

**Parties argued their position on the motion. The Court DENIED the motion and stated its reasons on the record. No further written order will be forthcoming.**

Courtroom Deputy: _____