# United States District Court, District of Guam
## DIGITAL AUDIO RECORDING ORDER

Read Instructions on Back  (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| # | Field | Value |
|---|---|---|
| 1 | NAME | JOSEPH ANTHONY MESA |
| 2 | PHONE NUMBER | 671 472 7112 |
| 3 | DATE | 4/27/06 |
| 4 | MAILING ADDRESS | 400 Rt. 8, Suite 501, Mongmong |
| 5 | CITY | Mongmong |
| 6 | STATE | GUAM |
| 7 | ZIP CODE | 96910 |
| 8 | CASE NUMBER | CR05-00066 |
| 9 | CASE NAME | U.S. v MESA |
| 10 | FROM | 4/14/06 |
| 11 | TO | 4/14/06 |
| 12 | PRESIDING JUDICIAL OFFICIAL | MAG. JUDGE JOAQUIN V.E. MANIBUSAN JR |
| 13 | CITY | Hagatna |
| 14 | STATE | GUAM |

### 15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

### 16. CD REQUESTED
- [ ] VOIR DIRE
- [ ] OPENING STATEMENT (Plaintiff)
- [ ] OPENING STATEMENT (Defendant)
- [ ] CLOSING ARGUMENT (Plaintiff)
- [ ] CLOSING ARGUMENT (Defendant)
- [ ] OPINION OF COURT
- [ ] JURY INSTRUCTIONS
- [ ] SENTENCING
- [ ] BAIL HEARING
- [ ] TESTIMONY (Specify Witness)
- [x] PRE-TRIAL PROCEEDING (Spcy) — Motion for Severance
- [ ] OTHER (Specify)

**FILED**
DISTRICT COURT OF GUAM
APR 28 2006
MARY L.M. MORAN
CLERK OF COURT

### 17. ORDER
- [x] CD - FTR Gold Format. This format must be played using FTR Player Plus ™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding.
- [ ] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less.
- [ ] Windows Audio Format - (wma) This format will play using Windows Media Player ™ software, as well as other 3rd party software.

### CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

18. SIGNATURE: [signature]
19. DATE: 4/27/06

PROCESSED BY: Mary B.M. Nangauta 4/28/06