JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant JOSEPH ANTHONY MESA

FILED
DISTRICT COURT OF GUAM
APR 28 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00066 |
| | ) | |
| Plaintiff, | ) | OPPOSITION TO MAGISTRATE |
| | ) | JUDGE'S RULING ON |
| vs. | ) | DEFENDANT'S MOTION FOR |
| | ) | SEVERANCE; CERTIFICATE OF |
| JOSEPH ANTHONY MESA, | ) | SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the defendant, JOSEPH ANTHONY MESA, through counsel, John T. Gorman, Federal Public Defender, pursuant to Federal Rules of Criminal Procedure 59(a), respectfully objects to the Magistrate Judge's ruling denying Mesa's Motion for Severance.

### I. Procedural Background

On September 21, 2005, Joseph Anthony Mesa and co-defendants, Jeffrey Anthony Espinosa, Ginger Perez Hamamoto and Shardae Roxanne U. Love were indicted in the District Court of Guam on charges of Attempt to Manufacture Methamphetamine Hydrochloride and Possession with Intent to Distribute Methamphetamine Hydrochloride in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(c) and 846 and 18 U.S.C. § 2. (Docket No. 25).

On March 24, 2006, Mesa filed a Motion for Severance arguing that his trial must be severed from the trial of co-defendant, Love, as the admission of Love's statements at his trial would violate his Sixth Amendment Confrontation Clause rights. (Docket No. 165). The government filed its opposition to Mesa's Motion for Severance on April 3, 2006. (Docket No. 168). The hearing on Mesa's Motion for Severance was held on April 13, 2006, before the Honorable Magistrate Judge Joaquin V.E. Manibusan, Jr. Magistrate Judge Manibusan heard argument from both sides at that hearing and issued a verbal ruling denying Mesa's Motion for Severance. Magistrate Judge Manibusan held that Love's statements did not implicate Mesa, and thus, there was no Confrontation Clause violation and no need to sever the trials. (Docket No. 175).

## II. Argument

Mesa respectfully incorporates and reiterates the arguments made in his original Motion for Severance.

## III. Conclusion

For all of the above reasons, Mesa respectfully requests this Court overrule the Magistrate Judge's ruling denying Mesa's Motion For Severance from the trial of co-defendant, Love, as the admission of Love's statements at his trial would violate his Sixth Amendment Confrontation Clause rights.

DATED: Mongmong, Guam, April 28, 2006.

_____
JOHN T. GORMAN
Attorney for Defendant
JOSEPH ANTHONY MESA

2

# CERTIFICATE OF SERVICE

I, LITA M. ARRIOLA, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on April 28, 2006:

MARIVIC P. DAVID
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

PATRICK CIVILLE
Civille & Tang
330 Hernan Cortes Avenue Ste. 200
Hagatna, Guam 96910
Attorney for Ginger Perez Hamamoto

JOAQUIN C. ARRIOLA, JR.
Arriola, Cowan & Arriola
259 Martyr Street, Suite 201
C&A Professional Building
Hagatna, Guam 96910
Attorney for Jeffrey Anthony Espinosa

RAWLEN MANTANONA
Cabot & Mantanona
Bank Pacific Building
825 S. Marine Drive
Tamuning, Guam 96913
Attorney for Shardae Roxanne U. Love

DATED: Mongmong, Guam, April 28, 2006.

*/s/ Lita Arriola*

LITA M. ARRIOLA
Administrative Officer

JOHN T. GORMAN
Attorney for Defendant
JOSEPH ANTHONY MESA