LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH ANTHONY MESA,<br>JEFFREY ANTHONY ESPINOSA,<br>GINGER PEREZ HAMAMOTO, and<br>SHARDAE ROXANNE U. LOVE,<br><br>　　　　Defendants. | CRIMINAL CASE NO. 05-00066<br><br>**GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, beginning May 8, 2006.

RESPECTFULLY SUBMITTED this １st day of May, 2006.

　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　Districts of Guam and CNMI

　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　MARIVIC P. DAVID
　　　　　　　　　　　　　　　　Assistant U.S. Attorney