ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY -1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00066 |
| Plaintiff, | |
| vs. | **UNITED STATES' WITNESS LIST** |
| JOSEPH ANTHONY MESA, JEFFREY ANTHONY ESPINOSA, GINGER PEREZ HAMAMOTO, and SHARDAE ROXANNE U. LOVE, | |
| Defendants. | |

Pursuant to the order of this Court, the United States hereby submits the attached witness list for purposes of voir dire.

Respectfully submitted this 1st day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

# WITNESS LIST

Danny Cho
Drug Enforcement Administration
472-7281

John Duenas
U.S. Immigration & Customs Enforcement
472-7265

Erwin T. Fejeran
U.S. Immigration & Customs Enforcement
472-7265

Barbara Tayama
U.S. Immigration & Customs Enforcement
472-7265

Frank R. Santos
Guam Police Department
475-8632

Norbert Sablan
Guam Police Department
475-8632

Jason P. Aguon
Guam Police Department
475-8632

Monica S. Price
Forensic Chemist
Drug Enforcement Administration
Southwest Laboratory
(760) 597-7923

Antonio V. Palacio
Guam Reef Hotel
646-6881 thru 8

Mary Ann Macaraeg
Guam Reef Hotel
646-6881 thru 8

Michael Blackstar
Guam Reef Hotel
646-6881 thru 8

| | |
|---|---|
| 1 | |
| 2 | Joel Cercado<br>Guam Reef Hotel<br>646-6881 thru 8 |
| 3 | |
| 4 | Richard D. Austria<br>Guam Reef Hotel<br>646-6881 thru 8 |
| 5 | |
| 6 | |
| 7 | Renee Munoz |