LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY -2 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH ANTHONY MESA,<br>JEFFREY ANTHONY ESPINOSA,<br>GINGER PEREZ HAMAMOTO, and<br>SHARDAE ROXANNE U. LOVE,<br><br>    Defendants. | CRIMINAL CASE NO. 05-00066<br><br>ORDER<br>re: Government's Request<br>for use of Court's Equipment |

The government's request for use of the Court's Digital Evidence Presentation System, at the trial in the above-captioned matter, is hereby granted.

**SO ORDERED** this 2nd day of May, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**