1 LEONARDO M. RAPADAS
United States Attorney
2 MARIVIC P. DAVID
Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
4 Hagåtña, Guam 96910
TEL: (671) 472-7332
5 FAX: (671) 472-7334

6 Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

MAY - 2 2006

MARY L.M. MORAN
CLERK OF COURT

7

8 ## IN THE UNITED STATES DISTRICT COURT

9 ## FOR THE DISTRICT OF GUAM

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00066 |
| 12 Plaintiff, | ) | |
| 13 vs. | ) | **ORDER RE: RELEASE OF GRAND JURY TRANSCRIPT** |
| 14 | ) | |
| 15 JOSEPH ANTHONY MESA, JEFFREY ANTHONY ESPINOSA, | ) | |
| 16 GINGER PEREZ HAMAMOTO, and SHARDAE ROXANNE U. LOVE, | ) | |
| 17 Defendants. | ) | |

18

19     Based on the government's motion to release grand jury transcripts, the Court hereby

20 orders the release, to defense counsel in the above-entitled case, of all grand jury transcripts

21 containing testimony of witnesses who have appeared before the Federal Grand Jury in this

22 matter.

23     SO ORDERED this 2nd day of May, 2006.

24

25

26         JOAQUIN V.E. MANIBUSAN, JR.
        U.S. Magistrate Judge

27

28 # ORIGINAL