IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
MAY - 4 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00066**  **DATE: 05/04/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding      Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                                          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:38:36 - 1:55:00                   CSO: F. Tenorio

**********************APPEARANCES**********************

**DEFT: JOSEPH ANTHONY MESA**                    **ATTY : JOHN GORMAN**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                     AGENT: DANNY CHO, D.E.A.

U.S. PROBATION: MARIA CRUZ                       U.S. MARSHAL: W. GRAY/ D. PUNZALAN

**PROCEEDINGS:   CHANGE OF PLEA**

( X ) DEFENDANT SWORN AND EXAMINED: AGE: __29__   HIGH SCHOOL COMPLETED: __HIGH SCHOOL GRADUATE__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
(  ) GOV'T SUMMARIZES THE EVIDENCE      (  ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
      OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(  ) DEFENDANT WAIVES READING OF (  ) COMPLAINT  (  ) INFORMATION  (  ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  (  ) *NOT GUILTY* - TO: __COUNT II OF SUPERSEDING INDICTMENT__
( X ) PLEA AGREEMENT FILED: __MAY 3, 2006__   PLEA: ( X ) *ACCEPTED*  (  ) *REJECTED*
(  ) COURT ORDERS PLEA AGREEMENT *SEALED*
(  ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __AUGUST 22, 2006__ at __10:15 A.M.__  (  ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE TO PARTIES: __JUNE 27, 2006__   TO COURT: __JULY 28, 2006__

PROCEEDINGS CONTINUED TO: _____ at _____
(  ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(  ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR (  ) *PROCESSING* (  ) *DETENTION*
( X ) DEFENDANT TO REMAIN IN CUSTODY
**NOTES:**

**Defendant consented to enter his plea of guilty before a U.S. Magistrate Judge. The Court executed the Report and Recommendation Concerning Plea of Guilty.**