ORIGINAL



FILED
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>vs.<br><br>JOSEPH ANTHONY MESA,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00066<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count II of a Superseding Indictment charging him with Possession with Intent to Distribute less than five (5) grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), and 18 U.S.C. §2, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on August 22, 2006, at 10:15 a.m.

IT IS SO ORDERED.

DATED this __2__ day of August 2006.

                                      /s/ James Ware
                                      JAMES WARE*
                                      District Judge

---

\* The Honorable James Ware, United States District Judge for the Northern District of California, sitting by designation.