# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00066-001  DATE: August 22, 2006

HON. RONALD B. LEIGHTON, Designated Judge, Presiding
Law Clerk: Greg Leever  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:36:10 - 11:49:27; 12:12:33 - 12:31:10
CSO: J. McDonald / F. Tenorio

**APPEARANCES:**
Defendant: Joseph Anthony Mesa  Attorney: John Gorman
☒ Present ☒ Custody ☐ Bond  ☒ Present ☐ Retained ☒ FPD
☐ P.R.  ☐ CJA
U.S. Attorney: Marivic P. David  U.S. Agent: Paul Griffith, D.E.A.
U.S. Probation: Carleen Borja  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Court stated the appropriate Offense Levels.
- Defendant committed to the Bureau of Prisons for a Term of <u>48 months. While in prison, the defendant shall participate in the 500-hour intensive drug treatment program.</u>
- Upon release from imprisonment, Defendant is placed on Supervised Release for a term of <u>three years</u>, with conditions. (refer to Judgment for conditions of Supervised Release)
- Defendant was ordered to pay a Special Assessment Fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of Appeal Rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: Exhibits marked and admitted. Witness sworn and examined. (see attached Exhibit and Witness List, AO Form 187)

Government's oral Motion to Dismiss Counts I, III, and IV was granted by the Court. No further written order will be forthcoming.

# UNITED STATES DISTRICT COURT

DISTRICT OF    **GUAM**

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Joseph Anthony Mesa | Case Number: **CR-05-00066-001** |

| PRESIDING JUDGE<br>**RONALD B. LEIGHTON** | PLAINTIFF'S ATTORNEY<br>**MARIVIC DAVID** | DEFENDANT'S ATTORNEY<br>**JOHN GORMAN** |
|---|---|---|
| HEARING DATE (S)<br>August 22, 2006 | COURT REPORTER<br>**WANDA MILES** | COURTROOM DEPUTY<br>**LEILANI TOVES HERNANDEZ** |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | A | | 8/22/06 | 8/22/06 | 8/22/06 | 21 colored photos |
| | B | | 8/22/06 | 8/22/06 | 8/22/06 | 1 colored photo depicting various chemicals and a gallon of water |
| | C | | 8/22/06 | 8/22/06 | 8/22/06 | Guam Reef Hotel diagram of hotel rooms |
| | | A | 8/22/06 | 8/22/06 | 8/22/06 | D.E.A. Report of Investigation for Joseph Anthony Mesa dated 9/12/05 |
| | | B | 8/22/06 | 8/22/06 | 8/22/06 | D.E.A. Report of Investigation for Joseph Anthony Mesa dated 9/9/05 |
| | | | | | | **Paul Griffith, called and sworn** |
| | | | | | | DX by Ms. David |
| | A | | 8/22/06 | 8/22/06 | 8/22/06 | 21 colored photos |
| | B | | 8/22/06 | 8/22/06 | 8/22/06 | 1 colored photo depicting various chemicals and a gallon of water |
| | | | | | | 11:04:20 End DX |
| | | | | | | CX by Mr. Gorman |
| | | A | 8/22/06 | 8/22/06 | 8/22/06 | D.E.A. Report of Investigation for Joseph Anthony Mesa dated 9/12/05 |
| | | B | 8/22/06 | 8/22/06 | 8/22/06 | D.E.A. Report of Investigation for Joseph Anthony Mesa dated 9/9/05 |
| | A | | 8/22/06 | 8/22/06 | 8/22/06 | 21 colored photos |
| | | | | | | 11:23:18 End CX |
| | | | | | | Re-DX |
| | B | | 8/22/06 | 8/22/06 | 8/22/06 | 1 colored photo depicting various chemicals and a gallon of water |
| | | | | | | 11:27:38 End Re-DX |
| | | | | | | Re-CX |
| | A | | 8/22/06 | 8/22/06 | 8/22/06 | 21 colored photos |
| | | | | | | 11:29:13 End Re-CX |
| | | | | | | Court examination of witness |
| | | | | | | 11:30:35 Witness excused |