


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
www.gud.uscourts.gov
Telephone: (671) 473-9100; Facsimile: (671) 473-9152

**FRANCES M. TYDINGCO-GATEWOOD**
Chief Judge

**JEANNE G. QUINATA**
Clerk of Court

May 20, 2008

Marivic David, Esq.
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, GU 96910

Re:  CR-05-00066-001
     United States of America -vs- Joseph Anthony Mesa

Dear Ms. David:

A Judgment was filed on August 28, 2006, in the above-entitled matter.

Therefore, notice is hereby given pursuant to LR 79.1(b) to claim and withdraw all exhibits filed in connection with the above-entitled case within twenty (20) days from the date of this notice. If the foregoing items are not withdrawn within forty (40) days after this date, the Clerk may destroy them or make other disposition as she sees fit. (See LR 79.1(c).)

Thank you for your assistance in this matter.

Sincerely,

/s/ Leilani R. Toves Hernandez
Deputy Clerk