

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ANTHONY MESA, et al,<br><br>Defendants. | CRIMINAL CASE NO. 05-00066<br><br><br>RECEIPT OF EXHIBITS |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's       [ ] Defendant's       [ ] Joint

**EXHIBIT NO.**       **DESCRIPTION**

SEE ATTACHED MINUTE ENTRY FILED 12/7/2005

SEE ATTACHED MINUTE ENTRY FILED 1/25/2006

SEE ATTACHED MINUTE ENTRY FILED 8/22/2006

SEE ATTACHED MINUTE ENTRY FILED 8/29/2006

*Emmanuel*
Signature

*Jackie Emmanuel*
Name

*5/20/08*
Date

*U.S. Attorney's Office*
Office/Firm Receiving Exhibits

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES

FILED
DISTRICT COURT OF GUAM
DEC -7 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00066　　　　DATE: December 6, 2005

*****

HON. JOAQUIN V. E. MANIBUSAN, JR, Magistrate Judge, Presiding　　　Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 1:45:59 - 3:20:05; 3:28:38 - 4:29:35　　　CSO: N. Edrosa / B. Benavente

******************** APPEARANCES ********************

DEFT **JEFFREY ANTHONY ESPINOSA - not present**　　ATTY **JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.　　　( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

DEFT **SHARDAE ROXANNE U. LOVE**　　　　　　ATTY **RAWLEN MANTANONA**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.　　　( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID　　　　　　　　AGENT: DANNY CHO, D.E.A.

U.S. PROBATION:　　　　　　　　　　　　　　U.S. MARSHAL: V. ROMAN

## CONTINUED MOTION TO SUPPRESS

( X ) MOTION(s) ARGUED BY　　( X ) GOVERNMENT　　( X ) DEFENDANT(s)
( X ) MOTION(s)　___Granted　___Denied　___Withdrawn　_X_ Under Advisement
( ) ORDER SUBMITTED　___Approved　___Disapproved
( ) ORDER to prepared By:_____
( X ) PROCEEDINGS CONTINUED TO: _____ at _____

( X ) WITNESSES SWORN AND EXAMINED　　( X ) EXHIBITS MARKED AND ADMITTED
SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)

( X ) OTHER MATTER(s):

Mr. Mantanona withdrew his December 5, 2005 oral joinder to defendant Mesa's Motion to Suppress.

The Court took the matter Under Advisement and will issue its Report and Recommendation to the District Judge.

Courtroom Deputy:

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

**United States of America**

V.

**Shardae Roxanne U. Love**

**EXHIBIT AND WITNESS LIST**

Case Number: CR-05-00066

| PRESIDING JUDGE<br>JOAQUIN V.E. MANIBUSAN, JR. | PLAINTIFF'S ATTORNEY<br>MARIVIC DAVID | DEFENDANT'S ATTORNEY<br>RAWLEN MANTANONA |
|---|---|---|
| HEARING DATE(S)<br>December 5-6, 2005 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY & RECORDER<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Danny Cho, called and sworn** |
| | | | | | | DX by Ms. David |
| | 1 | | 12/5/05 | 12/5/05 | | Booking photo of Shardae Love, provided by the Guam Police Department Violent Street Crimes Task Force |
| | | | | | | 2:56:05 End DX |
| | | | | | | CX by Mr. Mantanona |
| | | | | | | 3:56:05 End CX |
| | | | | | | Re-DX by Ms David |
| | | | | | | 4:05:47 End Re-DX |
| | | | | | | 4:06:11 - 4:20:42 BREAK |
| | | | | | | Re-CX by Mr. Mantanona |
| | | A | 12/5/05 | 12/5/05 | | Report of Investigation, dated 09/09/05 |
| | | | | | | 4:42:40 End Re-CX |
| | | | | | | Court examined witness |
| | | | | | | 4:56:30 End of Hearing |
| | | | | | | **1:36:15 Begin Hearing - Day 2** |
| | | | | | | *Parties move for the admittance of Defendant's Exhibits A and B and Government's Exhibit 1 - Granted* |
| | | | | | | **Frank Santos, called and sworn** |
| | | | | | | DX by Rawlen Mantanona |
| | | | | | | 2:32:22 End DX |
| | | | | | | 2:32:48 CX by Ms. David |
| | | | | | | 2:46:42 End CX |
| | | | | | | Re-DX by Mr. Mantanona |
| | | | | | | 2:51:12 End Re-DX |
| | | | | | | Witness excused |
| | | | | | | **Shardae Love, called and sworn** |
| | | | | | | DX by Rawlen Mantanona |
| | | | | | | 3:10:09 End DX |
| | | | | | | 3:10:19 CX by Ms. David |
| | | | | | | 3:20:05 - 3:28:38 Break |
| | | | | | | 3:47:16 End CX |
| | | | | | | 3:47:41 Witness excused |
| | | | | | | 4:29:35 End Day 2 |

DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES



FILED
DISTRICT COURT OF GUAM
JAN 25 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00066    DATE: January 25, 2006

***

HON. JOAQUIN V. E. MANIBUSAN, JR, Magistrate Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:42:11 - 10:37:00; 10:50:31 - 12:08:22
3:08:06 - 4:14:48

Law Clerk: Judith Hattori
Courtroom Deputy: Leilani Toves Hernandez
CSO: F. Tenorio / J. Lizama / L. Ogo

*** APPEARANCES ***

DEFT **JOSEPH ANTHONY MESA**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.

ATTY **JOHN GORMAN**
( X ) PRESENT   ( ) RETAINED   ( X ) FPD   ( ) CJA APPOINTED

DEFT **JEFFREY ANTHONY ESPINOSA**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.

ATTY **JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

DEFT **GINGER PEREZ HAMAMOTO**
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.

ATTY **G. PATRICK CIVILLE**
( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID
U.S. PROBATION: NONE PRESENT

AGENT: DANNY CHO, D.E.A.
U.S. MARSHAL: V. ROMAN / C. MARQUEZ

**CONTINUED MOTION TO SUPPRESS PHYSICAL EVIDENCE**

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT(s)
( X ) MOTION(s)  __Granted  __Denied  __Withdrawn  _X_ Under Advisement
( ) ORDER SUBMITTED   __Approved   __Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

( X ) WITNESSES SWORN AND EXAMINED    ( X ) EXHIBITS MARKED AND ADMITTED
SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( X ) OTHER MATTER(s):

**Closing arguments by counsel.**

Courtroom Deputy: _____

| United States of America | EXHIBIT AND WITNESS LIST |
|---|---|
| V. Jeffrey Anthony Mesa, Jeffrey Anthony Espinosa, and Ginger Perez Hamamoto | Case Number: CR-05-00066 |

| PRESIDING JUDGE<br>JOAQUIN V.E. MANIBUSAN, JR. | PLAINTIFF'S ATTORNEY<br>MARIVIC DAVID | DEFENDANT'S ATTORNEY<br>J. GORMAN / J. ARRIOLA / P. CIVILLE |
|---|---|---|
| HEARING DATE (S)<br>January 25, 2006 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Danny Cho, called and sworn** |
| | | | | | | DX by Ms. David |
| | 1 | | 1/25/06 | 1/25/06 | 1/25/06 | Booking photo of Shardae Love, provided by the Guam Police Department Violent Street Crimes Task Force |
| | 2 | | 1/25/06 | 1/25/06 | 1/25/06 | Application and Affidavit for Search Warrant, Room 755, Guam Reef Hotel, filed 9/08/2005 |
| | 3 | | 1/25/06 | 1/25/06 | 1/25/06 | Search Warrant for Room 755, Guam Reef Hotel, filed 09/14/2005 |
| | 4 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of Joseph Anthony Mesa w/ search warrant in front of him |
| | 5 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of closet shelf area with Coleman fuel canister, Red Devil Lye, carafe, Foremost gallon, and pot |
| | 6 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of safe with measuring cup on top, cord, calculator and canister w/ tape around it |
| | 7 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of chair w/ water gallon, hot plate, roll of tape, cereal box, box of matches |
| | 8 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of carpet area/flooring |
| | 9 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of Western Family matchboxes on carpet flooring |
| | 10 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo of plastic storage container containing miscellaneous items (straws, acetone, white cloth) |
| | 11 | | 1/25/06 | 1/25/06 | 1/25/06 | Photo |
| | | | | | | 10:36:58 End CX |
| | | | | | | BREAK |
| | | | | | | 10:50:31 RESUME HEARING |
| | | | | | | CX by Mr. Gorman |
| | | A | 1/25/06 | 1/25/06 | 1/25/06 | DEA Agent's Manual; Subchapter 621 |
| | | | | | | 11:38:24 End CX by Mr. Gorman |
| | | | | | | CX by Mr. Arriola |
| | | | | | | 11:51:19 End CX |
| | | | | | | CX by Mr. Civille |
| | | | | | | 12:04:42 End CX |
| | | | | | | Re-DX by Ms. David |
| | 2 | | 1/25/06 | 1/25/06 | 1/25/06 | Application for Search Warrant |
| | | | | | | End 12:06:10 |
| | | | | | | *Ms. David moved for the admittance of Exhibits 1 - 11. No objections - Granted* |
| | | | | | | *Mr. Gorman moved for the admittance of Exhibit A - Granted* |
| | | | | | | 12:08:22 LUNCH BREAK |
| | | | | | | 3:08:06 HEARING RESUMES |
| | | | | | | Closing arguments by counsel |
| | | | | | | **4:14:48 END HEARING** |

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

| | |
|---|---|
| CASE NO.: CR-05-00066-001 | DATE: August 22, 2006 |

HON. RONALD B. LEIGHTON, Designated Judge, Presiding

| | |
|---|---|
| Law Clerk: Greg Leever | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 10:36:10 - 11:49:27; 12:12:33 - 12:31:10 |
| CSO: J. McDonald / F. Tenorio | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Joseph Anthony Mesa | Attorney: John Gorman |
| ☒ Present ☒ Custody ☐ Bond ☐ P.R. | ☒ Present ☐ Retained ☒ FPD ☐ CJA |
| U.S. Attorney: Marivic P. David | U.S. Agent: Paul Griffith, D.E.A. |
| U.S. Probation: Carleen Borja | U.S. Marshal: V. Roman |
| Interpreter: | Language: |

**PROCEEDINGS: Sentencing**
- Court stated the appropriate Offense Levels.
- Defendant committed to the Bureau of Prisons for a Term of <u>48 months. While in prison, the defendant shall participate in the 500-hour intensive drug treatment program.</u>
- Upon release from imprisonment, Defendant is placed on Supervised Release for a term of <u>three years</u>, with conditions. (refer to Judgment for conditions of Supervised Release)
- Defendant was ordered to pay a Special Assessment Fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of Appeal Rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: Exhibits marked and admitted. Witness sworn and examined. (see attached Exhibit and Witness List, AO Form 187)

Government's oral Motion to Dismiss Counts I, III, and IV was granted by the Court. No further written order will be forthcoming.

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

United States of America

V.

Joseph Anthony Mesa

**EXHIBIT AND WITNESS LIST**

Case Number: CR-05-00066-001

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|
| **RONALD B. LEIGHTON** | | | **MARIVIC DAVID** | | **JOHN GORMAN** | |
| HEARING DATE(S) | | | COURT REPORTER | | COURTROOM DEPUTY | |
| August 22, 2006 | | | WANDA MILES | | LEILANI TOVES HERNANDEZ | |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | A | | 8/22/06 | 8/22/06 | 8/22/06 | 21 colored photos |
| | B | | 8/22/06 | 8/22/06 | 8/22/06 | 1 colored photo depicting various chemicals and a gallon of water |
| | C | | 8/22/06 | 8/22/06 | 8/22/06 | Guam Reef Hotel diagram of hotel rooms |
| | | A | 8/22/06 | 8/22/06 | 8/22/06 | D.E.A. Report of Investigation for Joseph Anthony Mesa dated 9/12/05 |
| | | B | 8/22/06 | 8/22/06 | 8/22/06 | D.E.A. Report of Investigation for Joseph Anthony Mesa dated 9/9/05 |
| | | | | | | **Paul Griffith, called and sworn** |
| | | | | | | DX by Ms. David |
| | A | | 8/22/06 | 8/22/06 | 8/22/06 | 21 colored photos |
| | B | | 8/22/06 | 8/22/06 | 8/22/06 | 1 colored photo depicting various chemicals and a gallon of water |
| | | | | | | 11:04:20 End DX |
| | | | | | | CX by Mr. Gorman |
| | | A | 8/22/06 | 8/22/06 | 8/22/06 | D.E.A. Report of Investigation for Joseph Anthony Mesa dated 9/12/05 |
| | | B | 8/22/06 | 8/22/06 | 8/22/06 | D.E.A. Report of Investigation for Joseph Anthony Mesa dated 9/9/05 |
| | A | | 8/22/06 | 8/22/06 | 8/22/06 | 21 colored photos |
| | | | | | | 11:23:18 End CX |
| | | | | | | Re-DX |
| | B | | 8/22/06 | 8/22/06 | 8/22/06 | 1 colored photo depicting various chemicals and a gallon of water |
| | | | | | | 11:27:38 End Re-DX |
| | | | | | | Re-CX |
| | A | | 8/22/06 | 8/22/06 | 8/22/06 | 21 colored photos |
| | | | | | | 11:29:13 End Re-CX |
| | | | | | | Court examination of witness |
| | | | | | | 11:30:35 Witness excused |

Page -1-

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-05-00066-002     DATE: August 28, 2006

HON. RONALD B. LEIGHTON, Designated Judge, Presiding
Law Clerk: Greg Leever          Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:41:54 - 11:48:03
                                           12:00:22 - 1:19:06
CSO: J. McDonald / J. Lizama

**APPEARANCES:**
Defendant: Jeffrey Anthony Espinosa       Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.         ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David           U.S. Agent: Paul Griffith, D.E.A.
U.S. Probation: Maria Cruz                U.S. Marshal: C. Marquez / G. Perez
Interpreter:                              Language:

**PROCEEDINGS: Sentencing**
- Court stated the appropriate offense levels.
- Defendant committed to the Bureau of Prisons for a term of 57 months with credit for time served. While in prison, the defendant shall participate in the 500-hour intensive drug treatment program.
- Court's recommendation to the Bureau of Prisons for incarceration at a facility in California.
- Upon release from imprisonment, defendant is placed on supervised release for a term of three years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: Exhibits marked and admitted. Witnesses sworn and examined. (see attached Exhibit and Witness List, AO Form 187)

Government's oral Motion to Dismiss Counts II, III, and IV was granted by the Court. No further written order will be forthcoming.

# UNITED STATES DISTRICT COURT

DISTRICT OF         **GUAM**

United States of America

v.

Jeffrey Anthony Espinosa,
Shardae Roxanne U. Love

**EXHIBIT AND WITNESS LIST**

Case Number: **CR-05-00066-002 & 004**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| **RONALD B. LEIGHTON** | **MARIVIC DAVID** | **J. ARRIOLA, JR. / R. MANTANONA** |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| August 28, 2006 | WANDA MILES | V. KILGORE /L. HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | A | | 8/28/06 | 8/28/06 | 8/28/06 | 21 colored photos |
| | B | | 8/28/06 | 8/28/06 | 8/28/06 | 1 colored photo depicting various chemicals and a gallon of water |
| | | | | | | **Paul Griffith, called and sworn** |
| | | | | | | DX by Ms. David |
| | A | | 8/28/06 | 8/28/06 | 8/28/06 | 21 colored photos |
| | B | | 8/28/06 | 8/28/06 | 8/28/06 | 1 colored photo depicting various chemicals and a gallon of water |
| | | | | | | 11:05:38 End DX |
| | | | | | | CX by Mr. Arriola |
| | A | | 8/28/06 | 8/28/06 | 8/28/06 | 21 colored photos |
| | | | | | | 11:17:34 End CX |
| | | | | | | CX by Mr. Mantanona |
| | B | | 8/28/06 | 8/28/06 | 8/28/06 | 1 colored photo depicting various chemicals and a gallon of water |
| | A | | 8/28/06 | 8/28/06 | 8/28/06 | 21 colored photos |
| | | | | | | 11:22:24 End CX |
| | | | | | | Re-DX |
| | A | | 8/28/06 | 8/28/06 | 8/28/06 | 21 colored photos |
| | | | | | | 11:25:24 End Re-DX |
| | | | | | | Re-CX by Mr. Arriola |
| | | | | | | 11:26:07 End Re-CX |
| | | | | | | Re-CX by Mr. Mantanona |
| | | | | | | 11:26:40 End Re-CX |
| | | | | | | 11:26:46 Witness excused |
| | | | | | | **Marvin Desamito, called and sworn** |
| | | | | | | DX by Ms. David |
| | A | | 8/28/06 | 8/28/06 | 8/28/06 | 21 colored photos |
| | | | | | | 11:34:30 End DX |
| | | | | | | CX by Mr. Arriola |
| | A | | 8/28/06 | 8/28/06 | 8/28/06 | 21 colored photos |
| | | | | | | 11:37:22 End CX |
| | | | | | | CX by Mr. Civille |
| | A | | 8/28/06 | 8/28/06 | 8/28/06 | 21 colored photos |
| | | | | | | 11:48:03 - 12:00:22 BREAK |
| | | | | | | Exhibit C (hotel record) was an offer of proof. Parties stipulated that all other rooms on the 7th floor in addition to room 755 were occupied. |
| | | | | | | *The Court admitted all exhibits.* |
Page -1-

Case 1:05-cr-00066    Document 252    Filed 08/29/2006    Page 2 of 2
Case 1:05-cr-00066    Document 270    Filed 05/20/2008    Page 9 of 9